UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

April Davis
_____

_____
Name(s) of Plaintiff or Plaintiffs

FILED
JUL 1 2 2017 Revised 07/07 WDNY
MARY C. LOEWENGUTH, CLERK
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NY

Jury Trial Demanded: Yes____ No__✓__

-vs-
Frontier Comm.
Citizen Telcom
_____
Name of Defendant or Defendants

DISCRIMINATION COMPLAINT
__17__ -CV- _6457  CJS_

You should attach a copy of your **original Equal Employment Opportunity Commission (EEOC) complaint**, a copy of the Equal Employment Opportunity Commission **decision, AND** a copy of the **"Right to Sue"** letter you received from the EEOC to this complaint. Failure to do so may delay your case.

**Note:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

__✓__ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race, color, gender, religion, national origin).

> **NOTE:** In order to bring suit in federal district court under Title VII, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

_____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub.L.No. 99-592, the Civil Rights Act of 1991, Pub.L.No. 102-166).

> **NOTE:** In order to bring suit in federal district court under the Age Discrimination in Employment Act, you **must first file charges** with the Equal Employment Opportunity Commission.

_____ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 (amended by the Civil Rights Act of 1991, Pub.L.No. 102-166).

> **NOTE:** In order to bring suit in federal district court under the Americans with Disabilities Act, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

**JURISDICTION** is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub.L.No. 102-166, and any related claims under New York law.

In addition to the federal claims indicated above, you may wish to include New York State claims, pursuant to 28 U.S.C. § 1367(a).

_____         New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297  (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status).

**PARTIES**

1.      My address is: __770 A N Plymouth Ave__
        __Rochester, NY 14608__

        My telephone number is: __443-546-5158__

2.      The name of the employer(s), labor organization, employment agency, apprenticeship committee, state or local government agency who I believe discriminated against me is/are as follows:

        Name: __Frontier Communication__

        Number of employees: __100+__

        Address: __1335 Jefferson Rd__
        __Rochester, NY__

3.      (If different than the above), the name and/or the address of the defendant with whom I sought employment, was employed by, received my paycheck from or whom I believed also controlled the terms and conditions under which I were paid or worked.  (For example, you worked for a subsidiary of a larger company and that larger company set personnel policies and issued you your paycheck).

        Name: _____

        Address: _____
        _____
        _____

**CLAIMS**

4.      I was first employed by the defendant on (date): __Oct. 5th 2015__

2

5.  As nearly as possible, the date when the first alleged discriminatory act occurred is: _____
    April 18th 2016

6.  As nearly as possible, the date(s) when subsequent acts of discrimination occurred (if any
    did): April 18th 2016
    _____
    _____

7.  I believe that the defendant(s)

    a. _____   Are still committing these acts against me.
    b. ✓_____   Are not still committing these acts against me.
    (Complete this next item **only** if you checked "b" above)   The last discriminatory act
    against me occurred on (date) may 2016 _____
    _____

8.  (Complete this section **only** if you filed a complaint with the New York State Division of
    Human Rights)

    The date when I filed a complaint with the New York State Division of Human Rights is

    _____
    _ (estimate the date, if necessary)

    I filed that complaint in (identify the city and state): _____

    _____

    The Complaint Number was: _____

9.  The New York State Human Rights Commission did _____ /did not _____
    issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the
    decision to **each** copy of the complaint; failure to do so will delay the initiation of your
    case.)

10. The date (if necessary, estimate the date as accurately as possible) I filed charges with the
    Equal Employment Opportunity Commission (EEOC) regarding defendant's alleged
    discriminatory conduct is: April 24th 2016

11. The Equal Employment Opportunity Commission did VQ Ow /did not
    Did_____ issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one
    copy of the decision to **each** copy of the complaint; failure to do so will delay the
    initiation of your case.)

12. The Equal Employment Opportunity Commission issued the attached Notice of Right to
    Sue letter which I received on: _____. (**NOTE:** If it

3

did issue a Right to Sue letter, you **must** attach one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

13.   I am complaining in this action of the following types of actions by the defendants:

a. _____ Failure to provide me with reasonable accommodations to the application process

b. _____ Failure to employ me

c. ___✓___ Termination of my employment

d. _____ Failure to promote me

e. _____ Failure to provide me with reasonable accommodations so I can perform the essential functions of my job

f. _____ Harassment on the basis of my sex

g. _____ Harassment on the basis of unequal terms and conditions of my employment

h. ___✓___ Retaliation because I complained about discrimination or harassment directed toward me

i. _____ Retaliation because I complained about discrimination or harassment directed toward others

j. ___✓___ Other actions (please describe) Discrimination based on color

14.   Defendant's conduct is discriminatory with respect to which of the following *(check all that apply)*:

a. _____ Race

b. ___✓___ Color

c. _____ Sex

d. _____ Religion

e. _____ National Origin

f. _____ Sexual Harassment

g. _____ Age
_____ Date of birth

h. ____ Disability
Are you incorrectly perceived as being disabled by your employer?
____ yes ____ no

15.   I believe that I was ___✓___/was not _____ **intentionally** discriminated against by the defendant(s).

4

16.    I believe that the defendant(s) is/are _____ is not/are not __✓__ still committing these acts against me. (If you answer is that the acts are not still being committed, state when: May    2016 and why the defendant(s) stopped committing these acts against you: I'm no longer employed with the company

17.    **A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim.** (NOTE: You must attach a copy of the original complaint you filed with the Equal Employment Opportunity Commission and a copy of the **Equal Employment Opportunity Commission affidavit** to this complaint; failure to do so will delay initiation of your case.)

18.    The Equal Employment Opportunity Commission (check one):
_____    has not issued a Right to sue letter
__✓__    has issued a Right to sue letter, which I received on _____

19.    State here as briefly as possible the *facts* of your case. Describe how each defendant is involved, including *dates* and *places*. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. *(Use as much space as you need. Attach extra sheets if necessary.)*

## FOR LITIGANTS ALLEGING AGE DISCRIMINATION

20.    Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct
_____ 60 days or more have elapsed    _____ less than 60 days have elapsed

## FOR LITIGANTS ALLEGING AN AMERICANS WITH DISABILITIES ACT CLAIM

21.    I first disclosed my disability to my employer (or my employer first became aware of my disability on _____

5

22. The date on which I first asked my employer for reasonable accommodation of my disability is _____.

23. The reasonable accommodations for my disability (if any) that my employer provided to me are: _____
_____
_____

24. The reasonable accommodation provided to me by my employer were _____/were not _____ effective.

**WHEREFORE,** I respectfully request this Court to grant me such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Dated: 7 12.17

_____

Plaintiff's Signature

EEOC Form 161 (2/08)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To:  **April Davis**
     **52 Lorimer Street, Apt. 1**
     **Rochester NY 14608**

From:  **Buffalo Local Office**
       **6 Fountain Plaza**
       **Suite 350**
       **Buffalo, NY 14202**

☐  *On behalf of person(s) aggrieved whose identity is*
   *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **525-2016-00534** | **David Ging,** Investigator | **(716) 551-3035** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒  The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

☐  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐  Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you.  You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

On behalf of the Commission

Enclosures(s)

*John E. Thompson, Jr.*
**John E. Thompson, Jr.**
**Director**

APR 2 7 2017

*(Date Mailed)*

cc:  **Jay Nasella**
     **Human Resources Director**
     **Frontier Communications**
     **1225 Jefferson Road**
     **Henrietta, NY 14623**

Frontier Communications

I hope that I am not getting myself into more trouble by reaching out to you about the concerns I have when it comes to working here as an employee. Thank you for your time. I think that if you are able to come back you really should have a meeting to discuss some of the issues we have as an employee with this company , I am not the only one I might be the first to email but I am positive that if you conduct a employee you might hear even more inhumane things about working here. You cannot do your best if everything you do as an employee is a problem or if the employer constantly on you or making your job hard by doing the things they do. Chang needs to happen for us as employees as well.

*April Davis*

*Frontier Secure Technician*

*Frontier Communications*

*1225 Jefferson Road*

*Rochester, NY. 14623*

*confronted about my pants and mandated to go home unpaid, change my clothes and return to work or be written up by management?*

*Kristyn expected me to go and change 20 min drive home 20 min drive to work that's 40 min by the time that I would have returned to work and clock bag in sign into all my desktop tools I use to work it would have been time for me to leave at 8 pm*

*Why did she request a male co-worker () to come in and look me over to go along with them being leggings and he also stated at that time it is company policy and I had on leggings? That was very uncomfortable to even have to stand there and be judged the way that I was.*

*Thank You Kindly,*

*April R. Davis*

Signature: _____
                      **April Davis**

Date: _____


Notary:

*April Davis*
*770A N Plymouth Avenue*
*Rochester, NY 14608*
*(443) 546-5958*
*Ardavis28@yahoo.com*

On 4/18/2016 I came into work at Frontier Communications located at *1225 Jefferson Rd.*
*Henrietta, NY 14623* at **10:30 am** which is 1 hour earlier then my **11:30** shift because we are on
mandatory overtime.  After working up until 6:15 pm I was then confronted by a Supervisor by
the name of **Thomas Johnson**, stating that the **IHD Department Manager Kristyn Smith** had
sent to tell me that I need to go home and change my pants and return back to work or I would be
written up. I stated to **Thomas Johnson** that what I had on at the time were not leggings they are
pants he then said to me "she said they were leggings and you cannot wear them here" I stated
that my shift ends in one hour and a half and I reside 20 min away from the job and that I would
not be able to return if I leave he then said I need to tell that to her not him he was just giving me
the message per her (**Kristyn Smith**).I went into Kristyn office to speak with her about the
matter and another co-worker William McPherson was also sitting in her office at the time. I
went in and I said I understand that I am being asked to leave to change my pants because they
are leggings, I began to explain to her that they are not leggings and the difference between
leggings and pants of the type I had on Kristyn then stated that "it is strictly company policy to
not wear leggings and that the dress pants You have on are not dress pants that they are leggings
and you need to leave the work place".

 I then said to **Kristyn Smith** that the pants that I have on are silk dress pants that ordered off
line. She then responded that I can argue the point to agree or disagree and that I need to leave
and change and if I return I would only receive a logged coaching stating that I came to work
dress inappropriate and that I was already spoken to about wearing leggings to work. Kristyn
said to me" you signed a paper at the beginning of hiring agreeing that you would not wear
Leggings or inappropriate clothing in the work place and what I had on was being considered as
leggings and again not allowed in the work environment. Kristyn the called a male employee in
the office and said to him " look at her what would you consider those that she has on" The male
employee Responded " I like how they look on you but Im sorry those are leggings" Kristyn
went on and said again you have to leave you can't stay here its company policy. I then went
back to my desk and logged out to left work at 6:30pm and went home. On my way out the door,
I became furious and upset because I couldn't understand as to why this was happening to me
when Im clearly looking around the work place and can observed that there are other people in
here with leggings on. I had at that time observed 3 other people that were also dressed in
leggings and they were not dismissed from work like I was.

The next day that I came into work on 4/19/2016 I then observed 4 people wearing cloth
leggings and they were not dismissed from work. I then began to take photos of then people that
were wearing the leggings and they were not dismissed from work at all. I also decide that it
would be a good Idea to go back and pull the dress code policy that we signed when we first

were hired. As foolish as this sounds on the dress code policy it says in bold writing that leggings can be worn with a top that does not cover our ID badge. So I am confused as to why I was told and scold about going home to change. Even though the pants that I had on were more dresser then the leggings that the other females in phots are wearing was dismissed from work.

On 4/20/2016 I came into work again and on this day I observed 6 other people wearing leggings and I also took pictures of those employees and in fact they were not dismissed from work.

I have since then been taking pictures of other employees coming to work with leggings on and not being sent home to change their clothes. I was requested to leave and change my pants 1 hour and a half before my shift end and return to work. I was also told that I would not be paid for any time after leaving and changing my clothes and that would be considered unpaid time even thou I had PTO available that I could have use to change.

Let's say even if they were leggings why was I the only one sent home to change with no pay as oppose to the other workers that I have photos of in the work place with leggings on and not one thing being said to them or them being dismissed. If this was company policy like how it was explained to me and it being a violation of dress code why did this only apply to me and no one else.

I was denied pay and I was also discriminated against by *Frontier Communication Located at 1225 Jefferson Rd Henrietta, NY 14623*. This comes a week after my son was robbed at gun point and I was forced then to stay at work because they did threaten my employment if I was to leave early or take anytime off in April due to company conversion. Instead I was contacted by my sister took the call on my break and was 7 minutes late from break and I was told to then prove that my 16 year old child was robbed at gun point because I was 7 minutes late back from break. Again hearing that your child was robbed at gun point was not easy to deal with let alone be forced to stay on a job that has threaten your employment if you leave or take off. I spoke with human resources about this and they cleared the issue then this week I come in with dress pants on and Im told to leave because they are leggings and it's against company policy to wear them in the work place. This is my legal complaint against *Frontier communication Located at 1225 Jefferson Road Henrietta, NY 14623* for Discrimination.

## My Questions and Concerns

*Why was I forced to leave the work place wearing pants that they consider leggings and no one else who was wearing leggings that can be identify as leggings was not ?*

*Why was I told by the Department Manager Kristyn Smith that I signed a dress code policy stating not to wear leggings when the policy I have does not state that at all?*

*Even if they were leggings and it was against company policy how did I manage to take pictures on 4/19, 4/20, and 4/21 of other employees walking around and physically in the work place working and nothing was said to them nor were they dismissed from work?*

*If my pants were in issue why was I asked to leave after being there since 10:30 am that morning up until 6:15 pm and hour and a half before the end of my work shift to be*

Davis, April <april.davis@ftr.com>
Good Afternoon, My name Is April Davis and I am currently a tech at the Rochester location. I am reaching out to you today regarding a few things and I wanted to bring it up last week when you visited
To
Guarro, Eric
CC
ardavis28@yahoo.com
04/18/16 at 5:46 PM

Good Afternoon,

My name Is April Davis and I am currently a tech at the Rochester location. I am reaching out to you today regarding a few things and I wanted to bring it up last week when you visited with us but it was a bit off topic. A week ago my son was robbed at gun point in the city and I did not leave the job I stayed because we were told that if we take off we could be terminated. Instead on break I called home to check on my child and was 7

Minutes and the insult I received after was just so humiliating I wanted to vomit. After being 7 minutes late and emailing Kristyn, IHD, Shellie my coach and I was then told to prove that my child was robbed and send over the text messages that was sent to me regarding the issue. Now am I going crazy but Im sure any other parent would have left because of the way the system is here at this job we get written up for anything and terminated just as fast. I was forced to put the job before my child what hurt more Is to date no one has yet to ask me except Jay form HR is everything ok and is my child ok. Today I came in with a pair of dress pants on and I was once again under the gun because they was said to be leggings by Kristyn. I have a job to do here that I think I do pretty good at. It seems that the company is more worried about the least important things and giving the employees a hard time , which is making it very uncomfortable to work. I had 2 letters signed by a judge last year for court appearances. I gave them in ahead of time and after court. Not one time did I miss work I was late and still showed up to work both times I was written up for appearing in court which was out of my control. We speak about empathy all the time I was shown none when my 16 year old was robbed for 170.00 and his cell phone at gun point instead I had to prove why they should keep me. When I had court I was basically told I should have missed court and got a warrant. Im not sure how this company is being run but I am not the only employee that has a issue with the way we are being treated as employees. We are treated unfair and like animals sometimes and feels like it. For the most part we need to be cut some slack and at a time like this when we are over whelmed we need to be appreciated as well. I am constantly being picked with over petty stuff that I feel is causing too much micro managing which is why we have the bigger issues that can't be solved. If the energy was put into satisfying the customers like how it is when it comes to giving the employees hard time, senseless write ups and micro managing then we would have so many angry customers. I have had numerous customers call in about them not being aware that we took over but we get emails almost every day about dress codes, skype or somethings else that's going to frustrate us while trying to work comfortable here. I do believe that the companies priorities are in the wrong place. I would like to have more time to speak with you regarding the very uncomfortable work environment t that is here at the Rochester location.



(18263 unread) - ardavis28@yahoo.com - Yahoo Mail

**Employee Concern (3)**

**Davis, April**  Good Afternoon  My name Is Ap    04/18/16 at 5:46 PM

Guarro, Eric <Eric.Guarro@FTR.com>    04/18/16 at 6:01 PM
To Davis, April
CC ardavis28@yahoo.com

April,

I am very sorry to hear about what you and your family had to deal with, it is absolutely unacceptable under any circumstance that we make an employee situation that had to be very hard to deal with even harder. I will reach out to Jay personally and review your situation and make sure we take care of your situation. I appreciate you reaching out, this will in no way get you into any trouble.

I will have Jay get in touch with you after I discuss with him.

Please let me know if there is anything I can do for you in the meantime, don't hesitate to reach out please.

*Thank you,*

*Eric Guarro*
*Vice President,*
Internet Help Desk Operations
Vendor Operations
(O) 1-972-908-4640
(M) 1-386-785-4949

**From:** "Davis, April" <april.davis@ftr.com>
**Date:** Monday, April 18, 2016 at 4:46 PM
**To:** Eric Guarro <Eric.Guarro@FTR.com>
**Cc:** "ardavis28@yahoo.com" <ardavis28@yahoo.com>
**Subject:** Employee Concern

Good Afternoon,
My name Is April Davis and I am currently a tech at the Rochester location. I am reaching out to you today regarding a few things and I wanted to bring it up last week when you visited with us but it was a bit off topic. A week ago my son was robbed at gun point in the city and I did not leave the job I stayed because we were told that if we take off we could be terminated. Instead on break I called home to check on my child and was 7 Minutes and the insult I received after was just so humiliating I wanted to vomit. After being 7 minutes late and emailing Kristyn, IHD, Shellie my coach and I was then told to prove that my child was robbed and send over the text messages that was sent to me regarding the issue. Now am I going crazy but Im sure any other parent would have left because of the way the system is here at this job we get written up for anything and terminated just as fast. I was forced to put the job before my child what hurt more is to date no one has yet to ask me except Jay form HR is everything ok and is my child ok. Today I came in with a pair of dress pants on and I was once again under the gun because they was said to be leggings by Kristyn. I have a job to do here that I think I do pretty good at. It seems that the company is more worried about the least important things and giving the employees a hard time , which is making it very uncomfortable to work. I had 2 letters signed by a judge last year for court appearances. I gave them in ahead of time and after court. Not one time did I miss work I was late and still showed up to work both times I was written up for appearing in court which was out of my control. We speak about empathy all the time I was shown none when my 16 year old was robbed for 170.00 and his cell phone at gun point instead I had to prove why they should keep me. When I had court I was basically told I should have missed court and got a warrant. Im not sure how this company is being run but I am not the only employee that has a issue with the way we are being treated as employees. We are treated unfair and like animals

Already checked
your inbox?

**Then why not
try to save?**

*Rochester NY Dress Code*

*Effective 2015*

*Acceptable Attire:*

- Women-Blouses, Sweaters, Cardigans
- Men- Polo/Golf shirts with collars, Oxford button shirts, sweaters and cardigans
- Blazers or suit jackets with coordinated separates
- Skirts/dresses/Tunics– no shorter than the length of the bottom of ID badge above the top of the knee.  Shorter lengths are not professional.
- Slacks or pantsuits
- Jeans which are clean/pressed and sized appropriately
- Capri pants that come to mid-calf
- Casual leather shoes or boots
- Sneakers
- Flats, oxfords, loafers, dress sandals and pumps (shoes must have a sole)
- **Leggings may be worn but must have a tunic <u>no shorter than the length of the bottom of ID badge above the top of the knee.</u>**

*Please note:* *All clothing should be neat, clean, and wrinkle free with no holes. Please note that perfume, cologne, and aftershave lotion should be used moderately, or avoided altogether, as some individuals may be sensitive to strong fragrances.*

*Employee ID Badges*

Employee ID badges are considered a part of the employee dress  code and are required and should be worn visibly of all full-time and part-time employees upon reporting to work. If a badge is lost, it is the employee's responsibility to notify his/her supervisor immediately and to replace the lost badge.  A temporary badge will be issued in the interim.  Failure to comply will be considered being out of dress code and the established corrective actions steps will be followed.

*Inappropriate Attire*

- Halter tops, tank tops, "spaghetti" strap tops, tube tops, (unless covered with a blazer or cardigan). Midriff should be completely covered at all times.
- Revealing or overly snug clothes
- Anything that exposes or allows visibility to undergarments and/or cleavage
- Ripped or frayed clothing
- Shorts or skorts (unless Company authorized)
- Sweatpants (yoga pants)/Exercise Wear
- Jerseys (unless company authorized)

- Hats (unless company authorized) , bandannas, hoods and other types of head gear (unless pre-approved for medical/religious reasons)
- Sunglasses
- Clothing with pictures or print that may be offensive
- Miniskirts (shorter than the length of the bottom of ID badge above the top of the knee)
- Flip-flops, house shoes, slippers or bare feet
- Scrubs or uniforms

**It's not appropriate if........**

- *If you look in the mirror and have to second guess it.*
- *If you would wear it out to a night club.*
- *Ask yourself..."If our CEO walked into the building and saw my attire, would it be appropriate?"*

***Corrective Action Process for Dress Code Noncompliance***

- **1st offense: Coaching Log-sent home unpaid to change clothes**
- **2nd offense: First Written Warning-sent home unpaid to change clothes**
- **3rd offense: Second Written Warning-sent home unpaid to change clothes**
- **4th Offense: Final Warning: Any corrective action at the manager's discretion leading up to or including termination-sent home unpaid to change clothes**

***Please note:*** *The Coaching Steps listed above are always at management's discretion and not a pre requisite to issuing a formal step in discipline.*

By signing below, I acknowledge that I fully understand Frontier's Rochester Internet Help Desk Dress Code and will adhere to the policies and procedures set forth.

Employee Name: _____     Date: _____

Employee Printed name: _____     Date: _____

Supervisor Name: _____     Date: _____

Anonymous co-worker of April Davis, I was present the day that April Davis was sent home. April sits in a cubicle right next to mines. She was here at the job site at 10:30 am, she was notified around 6:00pm-6:15pm regarding her attire that she wore that day. She was told by our former coach/supervisor who was asked by Christine Smith who is the IHD site manager here in Rochester. April's shift ends at 8 pm, she was sent home that day and was also written up for it. The next day more then one female wore "leggings" and was not told about their attire, only April.

On May 26th 2016 I was advised by my job that I was no longer needed and that I could pick up my belongings from the central office location following to prior incidents that did not involve me. Back in may another employee at the job filled a discrimination complaint with the EEOC against the company Frontier Communications and I was a witness to the complaint that had been filed on behalf of the other employee. I notice that the job was basically picking with me and trying to make me react but I never did. They even went as far as to calling me into human resources and questioning my relationship with the other employee stating that it was against company policy to work together and that me and the said employee was married at that time they tried to say I violate company policy. I and the other employee are not married and there is not a marriage licenses in this state or any other state what so ever.

After proving that there was nothing they could do. On May 6th 2016 that same employee sister had got into an incident that made the news and the employee was with her. I was once again brought back into Human Resources and was questioned about my where about and my relationship again with the employee. They started asking me about was that employee arrested and when. I stated to Jay at that time that I was unable to help him and was unsure about what he was asking me and I couldn't help him. They later suspended that employee from work. I then was accused adding products to some account by the supervisor Shellie Smith and stated that he had the phone call the phone call was reviewed and even the HR manager did ask Shellie what was wrong with the call. Shellie then later that week stated he had 2 more calls only this time when it was time to review the calls there were no calls to review. At that time I was told that I would hear from human resources and they would be in touch with me.

On May 26th I was called in the office and was told that I was no longer needed for my position and that I could pick up my stuff at the central office location. I know the reason why this happened, this solely has to do the discrimination complain that was filed and I choose to be a witness and work with the EEOC when asked to by the other employee. It's still unclear to me and when I began to ask questions and tell them that what they was doing was wrong I was simply told I work in a at will state and they can do what they want as far as my employment goes. If you have any questions please feel free to contact me thank you for your time and help.


Thank You,

Xavir L. Goolsby



June 21, 2016

**17 CV 6457** CJS

JS 44 (Rev. 08-16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*
2 2017

## I. (a) PLAINTIFFS

April Davis

**(b)** County of Residence of First Listed Plaintiff Monroe

*(EXCEPT IN U.S. PLAINTIFF CASES)*

## DEFENDANTS

Frontier Communication Citizen Talccm

County of Residence of First Listed Defendant

*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1  U.S. Government Plaintiff

☐ 3  Federal Question *(U.S. Government Not a Party)*

☐ 2  U.S. Government Defendant

☐ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 840 Trademark | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

### FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____